

**SO ORDERED.**
**SIGNED this 22nd day of October, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

JOSEPH J. MAYER
dba HCC CONTRACTORS
NICOLE D. MAYER
fka NICOLE D. VINCIL

        Debtors

UPPER CUMBERLAND ISLAMIC SOCIETY

        Plaintiff

        v.

JOSEPH J. MAYER

        Defendant

Case No. 3:20-bk-31861-SHB
Chapter 7

Adv. Proc. No. 21-ap-3003-SHB

## O R D E R

In consideration of the Motion for Leave to Attempt to Take Testimony of Michael

Nesmith by Contemporaneous Transmission From a Remote Location filed by Plaintiff on October

21, 2021 [Doc. 31], and that the trial is scheduled for November 19 and 22, 2021, the Court directs

that it will conduct a final pretrial conference and a hearing on the Motion for Leave to Attempt to Take Testimony of Michael Nesmith by Contemporaneous Transmission From a Remote Location on November 10, 2021, at 1:45 p.m., in Bankruptcy Courtroom 1-C, Howard H. Baker, Jr. United States Courthouse, 800 Market Street, Knoxville, Tennessee.

###